UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCOS E. MONCADA CHONG;
KATHERINE MARIONA CARTEGENA,

                Plaintiffs,

-against-

UR M. JADDOU, DIRECTOR, U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES; ALEJANDRO N. MAYORKAS,
SECRETARY OF THE DEPARTMENT OF
HOMELAND SECURITY,

                Defendants.

23-CV-4701 (LGS)

ORDER OF SERVICE

---

LORNA G. SCHOFIELD, United States District Judge:

    Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Ur M. Jaddou, Director of United States Citizenship and Immigration Services and Alejandro N. Mayorkas, Secretary of the Department of Homeland Security. Plaintiffs are directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1] If within those 90 days, Plaintiffs have not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   June 23, 2023
           New York, New York

                                        LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiffs filed the complaint because they had not paid the filing fees. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.