UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MARCOS E. MONCADA CHONG, et al.,
                        Plaintiffs,

            -against-

UR M. JADDOU, et al.,

                       Defendants.
------------------------------------------------------------X

23 Civ. 4701 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on June 3, 2023, the Petition for a Writ of Mandamus was filed. It is hereby

      **ORDERED** that the Government shall, by **October 5, 2023**, file a memorandum in opposition to the Petition. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **October 19, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs.

Dated: September 8, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE