UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MONCADA CHONG, et al.,                                       :
                                        Plaintiffs,          :
                                                             :     23 Civ. 4701 (LGS)
            -against-                                        :
                                                             :     ORDER
UR M. JADDOU, et al.,                                        :
                                                             :
                                        Defendants.          :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the September 8, 2023, Order instructed the Government to file a memorandum in opposition to Plaintiff's petition for a writ of mandamus by October 5, 2023. Plaintiff was directed to file a reply by October 19, 2023;

WHEREAS, the Government has not filed its memorandum in opposition. It is hereby

**ORDERED** that the Government shall file its memorandum in opposition by **October 12, 2023.** If the Government files a memorandum in opposition, Plaintiff shall file its reply by **October 27, 2023**. If the Government does not file a memorandum in opposition, Plaintiff's petition for a writ of mandamus will be treated as unopposed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs.

Dated: October 6, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE