UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS E. MONCADA CHONG, and
KATHERINE MARIONA CARTAGENA,

                  Plaintiffs,

v.

UR M. JADDOU, Director, U.S. Citizenship and Immigration Services, and ALEJANDRO N. MAYORKAS, Secretary, U.S. Department of Homeland Security,

                  Defendants.

No. 23 Civ. 4701 (LGS)

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

So Ordered.

Dated: October 10, 2023
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

WHEREAS, plaintiffs Marcos E. Moncada Chong and Katherine Mariona Cartagena filed this action on June 3, 2023, seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an application for an immigration benefit; and

WHEREAS, USCIS has scheduled an interview relating to the plaintiffs' application; now, therefore,

IT IS STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October ____, 2023

By:   s/ *Marcos Moncada Chong*[†]
      MARCOS MONCADA CHONG

By:   s/ *Katherine Cartegena*[†]
      KATHERINE CARTAGENA
      191 Troutman Street
      Apt 3R
      Brooklyn, NY 11206
      Telephone: (347) 863-4951
      *Plaintiffs pro se*

Dated: New York, New York
       October 6, 2023

DAMIAN WILLIAMS
United States Attorney

By:   s/ *Monica Beamer*
      MONICA BEAMER
      Special Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (646) 906-5441
      E-mail: Monica.Beamer@usdoj.gov
      *Attorney for Defendants*

---

[†] Consent for signature obtained pursuant to SDNY ECF Rule 8.5(c).